UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIAM SHARP,<br><br>                    Plaintiff,<br><br>       v.<br><br>KENNETH HERMAN and AMANDA HERMAN, husband and wife; F/V WESTWARD, and ABC CORPORATION,<br><br>                    Defendants. | Case No.  C04-5878 RJB<br><br>ORDER GRANTING MOTION TO WITHDRAW AS PLAINTIFF'S ATTORNEY OF RECORD |

    This matter comes before the Court on Counsel's Motion to Withdraw as Plaintiff's Attorney of Record. Dkt. 16. The Court has considered the pleadings filed in this matter and the file within. Opposing counsel does not oppose this motion, providing they receive Plaintiff's most recent contact information. Dkt. 17.

    Local Rules W.D. Wash. GR 2(f)(4)(A) provides that no attorney shall withdraw his or her appearance except by leave of court, and only after notice is served on the attorney's client and opposing counsel. Counsel will ordinarily be permitted to withdraw up until sixty days before the discovery cutoff date in a civil case.

    Counsel's motion to withdraw should be granted because Counsel's motion was filed on October 24, 2005, more than sixty days before the discovery cutoff date of December 30, 2005. Further, counsel has served notice on Plaintiff William Sharp and opposing counsel, and has provided opposing counsel with Plaintiff's most recent contact information. Dkt. 18.

ORDER
Page - 1

1   Plaintiff is on notice that he is now proceeding *pro se* in this matter.  Plaintiff should familiarize
2   himself with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court
3   for the Western District of Washington.
4   Therefore, it is hereby
5   **ORDERED** that Counsel's Motion to Withdraw as Plaintiff's Attorney of Record (Dkt. 16) is
6   **GRANTED**.
7   The Clerk of the Court is instructed to send uncertified copies of this Order to all counsel of
8   record and to any party appearing *pro se* at said party's last known address.
9   DATED this 28th day of October, 2005.

Robert J. Bryan
United States District Judge

ORDER
Page - 2